UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/09
```

JAMIE MENETON, ET AL

                Plaintiffs,

-v-

CAMRAC, INC., *ET AL*

                Defendants.

No. 09 Civ. 01952 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      Upon consent of all counsel, IT IS HEREBY ORDERED, that the conference previously scheduled by this Court for April 21, 2009 at 9:15am is hereby adjourned to May 5, 2009 at 9:15 a.m.

Dated:     April 20, 2009
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE