USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMIE MUNETON, *et al.*,

                 Plaintiffs,

-v-

CAMRAC, INC. *et al.*,

                 Defendants.

No. 09 Civ. 1952 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a memorandum from the Office of the Court Clerk indicating that a document in this action was improperly filed in hard copy. The parties are reminded that the above-captioned action is an ECF case, and that accordingly filings must be done via ECF.

SO ORDERED

Dated:    July 31, 2009
            New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE