```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Jamie MENETON et al.,                :
                                                AMENDED
            Plaintiffs,              :          ORDER

      -against-                      :    09 Civ. 1952 (RJS)(MHD)

CAMRAC, INC. et al.,                 :

            Defendant.               :
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby ORDERED that the settlement conference originally scheduled in the above-captioned action on MONDAY, NOVEMBER 23, 2009, at 10:00 A.M. is hereby rescheduled for **MONDAY, NOVEMBER 30, 2009, at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other**

**about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

**Dated: New York, New York
         November 5, 2009**

                                        SO ORDERED.


                                        _____
                                        **MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been sent today:

BY FACSIMILE TO:

Richard Edward Noll, Esq.
Bloom & Noll, LLP
Fax: (516) 741-0546

2

William N. Candiloros, Esq.
Acito, Klein & Candiloros
Fax: (212) 983-1867

Peter M. Khrinenko, Esq.
Brand Glick & Brand, P.C.
Fax: (516) 294-9744

John William Kondulis, Esq.
Bilello & Walisever
Fax: (516) 229-4303

AND BY MAIL TO:

Ronald G. McCormack, Esq.
Dorfman, Lynch & Knoebel
51 North Broadway
Nyack, NY 10960